**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **RHONDA A JONES-BELL** | : | **DOCKET NO. 2:22-cv-03855** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **IMPERIAL FIRE & CASUALTY INSURANCE CO.** | : | **MAGISTRATE JUDGE KAY** |

### NOTICE AND ORDER

Defendant **Imperial Fire & Casualty Insurance Company** filed a Diversity Jurisdiction Disclosure Statement [doc. 17] into the record. After review of the document, we find that **Imperial Fire & Casualty Insurance Company** has failed to adequately allege its citizenship for purposes of diversity jurisdiction under 28 U.S.C. § 1332. Specifically, instead of listing its own place of incorporation and principal place of business, Imperial Fire & Casualty Insurance Company informed the court that it is a "wholly-owned subsidiary of National General Holdings Corp., which is a Delaware corporation." Doc. 17. For diversity purposes, a corporation is a citizen of its state of incorporation and the state where it has its principal place of business. 28 U.S.C. § 1332; *Hertz Corp. v. Friend*, 130 S. Ct. 1181 (2010). Accordingly,

**IT IS ORDERED** that, on or before **October 19, 2023**, **Imperial Fire & Casualty Insurance Company** is to amend its Diversity Jurisdiction Disclosure Statement [doc. 17] to use the proper method to allege its citizenship, i.e., Imperial Fire & Casualty Insurance Company's state of incorporation and principal place of business.

THUS DONE AND SIGNED in Chambers this 17th day of October, 2023.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE